JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL TECHNOLOGY FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>J2 CLOUD SERVICES, LLC,<br><br>    Defendant. | Case No.  CV 24-6168-GW-PDx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice. In addition, the Court retains jurisdiction over any disputes arising out of the parties' settlement agreement. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: December 2, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE